# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2581 Disciplinary Docket No. 3 |
| | : | |
| KENNETH LASCH SMUKLER | : | Board File No. C2-18-1084 |
| | : | |
| | : | (United States District Court for the |
| | : | Eastern District of Pennsylvania, No. 2:17- |
| | : | cr-563) |
| | : | |
| | : | Attorney Registration No. 45333 |
| | : | |
| | : | (Montgomery County) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 1st day of April, 2019, having received no response to a rule to show cause why Kenneth Lasch Smukler should not be placed on temporary suspension, the Rule is made absolute, and he is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.

   Justice Todd and Justice Wecht did not participate in the consideration or decision of this matter.